**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ROBERT JAMES SWINT,**

    *Plaintiff,*

v.                                **Case No.: 4:26cv298-MW/MAF**

**PROCTOR AND GAMBLE,**

    *Defendant.*

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED** as frivolous." The Clerk shall close the file.

**SO ORDERED on July 21, 2026.**

                                 **s/Mark E. Walker**
                                 **United States District Judge**